**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-7412**

AHMED R. RUCKER,

        Plaintiff - Appellant,

    v.

LT. GEORGE HARRISON, II, Individual and Official Capacity,

        Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. George Jarrod Hazel, District Judge.  (8:16-cv-00371-GJH)

Submitted:  June 24, 2019                       Decided:  July 9, 2019

Before NIEMEYER and AGEE, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Ahmed R. Rucker, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ahmed R. Rucker, a Maryland inmate, appeals the district court's order granting Lieutenant George Harrison's motion to dismiss Rucker's 42 U.S.C. § 1983 (2012) First Amendment retaliation claim against Harrison in his individual capacity for failure to state a claim upon which relief can be granted.* We have reviewed the record and find no reversible error. Accordingly, we affirm.

We deny Rucker's motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

\* The district court previously granted summary judgment to Harrison on this claim. On appeal, we vacated and remanded for further proceedings consistent with *Booker v. South Carolina Department of Corrections*, 855 F.3d 533 (4th Cir. 2017) (holding that First Amendment right to be free from retaliation for filing prison grievance was clearly established as of at least 2010).